**IT IS ORDERED as set forth below:**

**Date: March 30, 2017**

Wendy L. Hagenau

**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| TERRY ORLANDO JONES, | ) | |
| KAREN JACOBS JONES, | ) | CASE NO. 17-53210-WLH |
| | ) | |
| Debtors. | ) | |

**ORDER ON MOTION TO EXTEND THE AUTOMATIC STAY PURUSANT TO 11 U.S.C. § 362(c)(3)(B)**

On February 27, 2017, the Debtors filed an *Amended Motion to Extend the Automatic Stay Pursuant to 11 U.S.C § 362(c)(3)(B)* requesting that the Court enter an order extending the automatic stay as to all creditors until dismissal, discharge, or further order of this Court (Doc. No. 14) (the "Motion"). A hearing on the Motion was noticed for March 22, 2017 and Debtors contend service of the Motion and notice was proper. At the call of the calendar, appearances were made by counsel for the Debtors, Michael F. Burrow, and the Chapter 13 Trustee. No appearance or opposition was made by or on behalf of any creditors and the Trustee has no opposition to the Motion; therefore, based on all matters of record, it is hereby

**ORDERED** that the Debtors' Motion is **GRANTED** extending the automatic stay as to all creditors until dismissal, discharge, or further order of this Court. The Clerk is directed to

serve a copy of this Order upon Debtors, counsel for Debtors, the Chapter 13 Trustee, and all creditors and parties in interest on the attached distribution list.

[ END OF DOCUMENT ]

PREPARED AND PRESENTED BY:
BURROW & ASSOCIATES, LLC

/s/

Michael F. Burrow
Attorney for the Debtors
Georgia Bar No. 317998
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
burrowlaw@yahoo.com

NO OPPOSITION:

/s/

Ryan Williams, Attorney for
Nancy J. Whaley
Georgia Bar No. 940874
Chapter 13 Trustee
303 Peachtree Center Avenue NE
Suite 120, Suntrust Plaza Garden Offices
Atlanta, GA 30303
(678) 992-1201

DISTRIBUTION LIST

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Avenue NE
Suite 120, Suntrust Plaza Garden Offices
Atlanta, GA 30303

Terry Orlando Jones
Karen Jacobs Jones
875 Common Oaks Place
Lawrenceville, GA 30045

Burrow & Associates, LLC
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097

All parties on the attached mailing matrix.

Label Matrix for local noticing
113E-1
Case 17-53210-wlh
Northern District of Georgia
Atlanta
Wed Mar 29 11:07:10 EDT 2017

Bank Of The West
2527 Camino Ramon
San Ramon, CA 94583-4213

Bosco Credit II, LLC c/o
Lisa F. Caplan, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071-1570

Darrell L. Burrow
Burrow & Associates, LLC
Building A, Suite 100
2280 Satellite Blvd.
Duluth, GA 30097-5000

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Lisa F. Caplan
Rubin Lublin, LLC
Suite 100
3145 Avalon Ridge Place
Peachtree Corners, GA 30071-1570

Credit First/CFNA
Bk13 Credit Operations
Po Box 818011
Cleveland, OH 44181-8011

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193-8873

Dept Of Ed/Navient
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773-9400

Deutsche Bank Nat'l Trust Co.
on Behalf of Bosco Credit II
1761 East Street
Andrew Place
Santa Ana, CA 92705-4934

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Great Oaks Landing
3905 Harrison Rd Suite 200
Loganville, GA 30052-5894

Hyundai Motor Finance
Attn: Bankruptcy
Po Box 20809
Fountain City, CA 92728-0809

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Karen Jacobs Jones
875 Common Oaks Place
Lawrenceville, GA 30045-8237

Terry Orlando Jones
875 Common Oaks Place
Lawrenceville, GA 30045-8237

LVNV Funding, LLC
c/o Resurgent Capital Servcies
P.O. Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC
c/o Resurgent Capital Services
PO BOX 10675
Greenville, SC 29603-0675

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MCRE Management
4311 West Lovers Ln, Ste 100
Dallas, TX 75209-2803

Midland Mortgage Company/Mid First Bank
Attention: Bankruptcy
Po Box 26648
Oklahoma City, OK 73126-0648

Navient
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 18773-9500

Navient Solutions, LLC. on behalf of USA Fun
Attn: Bankruptcy Litigation Unit E3149
PO Box 9430
Wilkes Barre PA 18773-9430

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pearl Capital
150 Broadway
Suite 1102
New York, NY 10038-4367

Santander Consumer USA
Po Box 961245
Fort Worth, TX 76161-0244

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U. S. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta GA 30303-3315

Nancy J. Whaley
Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303-1286

Yellowstone Capital
19399 Helenberg Rd
Ste 5&6
Covington, LA 70433-5392

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
Compliance Division
ARCS Bankruptcy
1800 Century Blvd. NE, Suite 9100
Atlanta, GA 30345-3202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bosco Credit II, LLC

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 32 |
| Bypassed recipients | 1 |
| Total | 33 |